436

729 A.2d 70

**Bobby T. CURRY, Petitioner,**

**v.**

**Cherelle L. PARKER, Marion Johnson, Jacqueline Manns–Hill, Respondents.**

Supreme Court of Pennsylvania.

May 7, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 7th day of May, 1999, the Petition For Stay, Petition For Review, and Petition For An Emergency Hearing are DENIED. Respondents' Motion to Dismiss is dismissed as moot.